WRIGHT, commissioner, *v.* STATE MUTUAL LIFE INSURANCE COMPANY *et al.*

(Evans, P. J., and Lumpkin, J., being disqualified, Judge Pendleton, of the Atlanta circuit, and Judge Freeman, of the Coweta circuit, were designated in their stead.)

PENDLETON, J. The decision this day rendered in the case of *Wright* v. *State Mutual Life Insurance Company,* ante, rules upon the controlling question in this case, adversely to the plaintiff in error.

*Judgment affirmed. Fish, C. J., absent. Beck and Hill, JJ., concur.*

ATKINSON and FREEMAN, JJ., dissent for reasons set out in their dissent in the case just cited.

NOVEMBER 20, 1914.

Petition for injunction, etc. Before Judge Wright. Floyd superior court. June 9, 1914.

*Warren Grice, attorney-general,* for plaintiff.

*Maddox & Doyal, Eubanks & Mebane, Spencer R. Atkinson, Marion Smith, F. W. Copeland,* and *Little, Powell, Hooper & Goldstein,* for defendants.